1  **BRAGAR EAGEL & SQUIRE, P.C.**
2  Melissa A. Fortunato (#319767)
     fortunato@bespc.com
3  445 S. Figueroa Street, Suite 3100
4  Los Angeles, CA 90071
   Tel: (213) 612-7222
5

6  *Attorneys for Plaintiff*

7  *[Additional Counsel on Signature Page]*

8             **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9                    **SOUTHERN DIVISION**

| | |
|---|---|
| JAMES CHOATE, individually and on behalf of all other similarly situated stockholders, and derivatively on behalf of KUSHCO HOLDINGS, INC., | Case No. 8:20-cv-01904-JLS-KES |
| Plaintiff, | **JOINT STIPULATION REGARDING DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| NICHOLAS KOVACEVICH, ERIC BAUM, BARBARA GOODSTEIN, DONALD HUNTER, DALLAS IMBIMBO, and PETE KADENS, | |
| Defendants, | Hon. Judge Josephine L. Staton |
| and | |
| KUSHCO HOLDINGS, INC., | |
| Nominal Defendant. | |

///
///
///
///
///

JOINT RULE 41(a)(1)(A)(ii) STIP RE DISMISSAL

|   |   |
|---|---|
| 1 | Nominal Defendant KushCo Holdings, Inc. ("KushCo") and Defendants |
| 2 | Nicholas Kovacevich, Eric Baum, Barbara Goodstein, Donald Hunter, Dallas |
| 3 | Imbimbo, and Pete Kadens (collectively, "Defendants"), and Plaintiff James Choate |
| 4 | ("Plaintiff") (collectively, the "Parties") by and through their undersigned counsel, |
| 5 | hereby agree and stipulate to the following: |
| 6 | WHEREAS, on October 1, 2020, Plaintiff filed a Stockholder Derivative and |
| 7 | Class Action Complaint (Dkt. No. 1); |
| 8 | WHEREAS, on February 24, 2021, the Court ordered a stipulated schedule |
| 9 | governing the filing of an amended complaint, providing that: |
| 10 | 1. Defendants had no obligation to answer, move with respect to, or otherwise |
| 11 | respond to the initial Complaint; |
| 12 | 2. Plaintiff would file his amended complaint on or before February 26, 2021; |
| 13 | 3. Defendants would answer, move to dismiss, or otherwise respond to the |
| 14 | amended complaint on or before April 2, 2021; and |
| 15 | 4. In the event that Defendants moved to dismiss the amended complaint: |
| 16 | a. Plaintiff would file his opposition to such motion on or before May 7, |
| 17 | 2021; |
| 18 | b. Defendants would file their reply in further support of such motion on or |
| 19 | before June 4, 2021; |
| 20 | WHEREAS, on February 26, 2021, Plaintiff filed a Verified First Amended |
| 21 | Stockholder Derivative and Class Action Complaint (Dkt. No. 45, "FAC"); |
| 22 | WHEREAS, on March 31, 2021, KushCo announced that it had entered into a |
| 23 | definitive merger agreement pursuant to which KushCo will become a wholly owned |
| 24 | subsidiary of Greenlane Holdings, Inc. (the "Pending Merger"); |
| 25 | WHEREAS, on April 2, 2021, Defendants moved to dismiss the FAC (Dkt. |
| 26 | Nos. 48-52); |
| 27 | WHEREAS, derivative claims such as those asserted here are brought for the |
| 28 | benefit of the nominal defendant—in this case, KushCo—and the stockholder |

plaintiff and the Court are therefore required to act in the best interests of the nominal defendant;

WHEREAS, the Parties agree that if the Pending Merger closes, Plaintiff's KushCo shares will be extinguished and Plaintiff likely will no longer have standing to proceed with his stockholder derivative claims as a matter of law. *See Lewis v. Ward*, 852 A.2d 896, 902 (Del. 1984) ("A plaintiff who ceases to be a shareholder, whether by reason of a merger or for any other reason, loses standing to continue a derivative suit."); and

WHEREAS, Plaintiff believes, in light of the Pending Merger, that it is in the best interests of KushCo to voluntarily dismiss the FAC.

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate and agree, by and between undersigned counsel for the Parties, that this matter is dismissed without prejudice.

IT IS SO STIPULATED.

DATED:  May 7, 2021          **BRAGAR EAGEL & SQUIRE, P.C.**

                             By: */s/ Melissa A. Fortunato*
                                 Melissa A. Fortunato

                             *Counsel for Plaintiff*


DATED:  May 7, 2021          **FIELDS KUPKA & SHUKUROV LLP**

                             By: */s/ Christopher J. Kupka*
                                 Christopher J. Kupka

                             *Counsel for Plaintiff*

DATED: May 7, 2021                    MAYER BROWN LLP

                                       By:  */s/ Glenn K. Vanzura*
                                                       Glenn K. Vanzura

                                        *Counsel for Defendants and Nominal Defendant*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

                                            */s/ Melissa A. Fortunato*
                                            Melissa A. Fortunato